## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**FAIR HOUSING CENTER OF**
**WASHTENAW COUNTY, INC.**,

     Plaintiff,

                                 Case No. 2:15-11649-SFC-MJH

     v.

                                 Hon. Sean F. Cox

**PARKSIDE EAST, INC.**, **HOLT**
**MANOR, INC.**, **KELLY MANOR,**
**INC.**, **and SUDI HOPPER**,

     Defendants.

## JUDGMENT IN A CIVIL ACTION

Pursuant to the accepted Offer of Judgment filed with the Court on September 10, 2015 (Docket No. 16), the Court enters judgment in favor of the Plaintiff Fair Housing Center of Washtenaw County, Inc. and against the Defendants Parkside East, Inc.; Holt Manor, Inc.; Kelly Manor, Inc.; and Sudi Hopper.  The Court further orders that the Plaintiff Fair Housing Center of Washtenaw County, Inc. recover from the Defendants Parkside East, Inc.; Holt Manor, Inc.; Kelly Manor, Inc.; and Sudi Hopper the amount of twenty thousand dollars ($20,000), which is inclusive of attorneys' fees and costs.

Date: September 23, 2015

                              *CLERK OF COURT*

                              s/ Jennifer McCoy
                              *Signature of Clerk or Deputy Clerk*

Approved:

s/ Sean F. Cox
United States District Judge